**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Plaintiffs and [Proposed]
Lead Counsel for Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

MICHAEL BEHRENDSEN, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YANGTZE RIVER PORT AND LOGISTICS LIMITED, XIANGYAO LIU, XIN ZHENG, and TSZ-KIT CHAN,

    Defendants.

-------------------------------------------------------------------X

Case No.: 1:19-cv-00024-DLI-LB

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE AND SCHEDULING FOR (1) FILING OF AMENDED COMPLAINT AND (2) BRIEFING ON MOTION TO DISMISS**

WHEREAS, on January 2, 2019, Plaintiff Michael Behrendson filed a Class Action Complaint for Violation of the Federal Securities Laws (the "Complaint") against Defendants, which asserted violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (ECF No. 1);

WHEREAS, on January 9, 2019, the Court issued summons as to Defendants Yangtze River Port and Logistics Limited ("Yangtze"), Tsz-Kit Chan, Xiangyao Liu, and Xin Zheng (ECF No. 4);

WHEREAS, on March 4, 2019, Plaintiffs Michael Behrendson and Marion Garcia moved the Court to serve as lead plaintiffs of the class (ECF No. 5-6);

WHEREAS, on March 7, 2019, Plaintiff served a summons and Complaint on Defendants Yangtze;

IT IS HEREBY STIPULATED AND AGREED, by counsel for the Parties listed below, that:

1. The undersigned counsel for Defendants is authorized to and does accept service on behalf of Defendants Tsz-Kit Chan, Xiangyao Liu, and Xin Zheng, without prejudice and without waiver of any of Defendants' defenses, objections, or arguments in this matter or any other matters, except as to sufficiency of service of process.

2. Before the underlying case can proceed, a lead plaintiff and lead counsel must be appointed by the Court. The parties anticipate that after a lead plaintiff is appointed and lead counsel is approved by the Court, a consolidated or amended complaint will be filed by the lead plaintiff(s).

3. Within forty-five (45) days of an Order appointing lead plaintiff(s) and lead counsel, lead plaintiff(s) shall file a consolidated or an amended complaint, or notify defendants in writing that lead plaintiff(s) intend to rely on the current complaint.

4. In view of the fact that a consolidated or amended complaint is anticipated, and that lead plaintiff and lead counsel determinations remain, Defendants shall not be required to answer or otherwise respond in this matter until forty-five (45) days after lead plaintiff(s) file a consolidated or amended complaint, or otherwise designate in writing the operative complaint.

5. In the event that Defendants move to dismiss the operative complaint, lead plaintiff(s) shall have forty-five (45) days from the date Defendants file such motions to file

response briefs. Defendants shall have twenty (20) days from the date the lead plaintiff(s) files response briefs to file reply briefs.

DATED: April 10, 2019

Respectfully Submitted,

The Rosen Law Firm, P.A.

Phillipson Uretsky, LLP

By: /s/ Leah Heifetz-Li
Jacob A. Goldberg
Leah Heifetz-Li (LH 0402)
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
jgoldberg@rosenlegal.com
lheifetz@rosenlegal.com

By: /s/ Jonathan Uretsky
Jonathan Uretsky
111 Broadway, 8th Floor
Short Hills, New Jersey
Tel: (212) 571-1255
uretsky@pullp.com

*Counsel for Defendants*

Phillip Kim (PK 9384)
Laurence M. Rosen (LR 5733)
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (215) 600-2817
pkim@rosenlegal.com
lrosen@rosenlegal.com
*Counsel for Lead Plaintiff Movants Michael Behrendson and Marion Garcia*

Defendants' counsel shall file a notice of appearance forthwith.

So Ordered: /s/ USMJ LOIS BLOOM
4/18/19 LOIS BLOOM
U.S. Magistrate Judge

**SO ORDERED**:

Dated: April __, 2019

_____
UNITED STATES DISTRICT JUDGE