10-K/A 1 f10k2016a1_yangtzeriver.htm AMENDMENT NO.1 TO FORM 10-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K/A**
**(Amendment No. 1)**

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended **December 31, 2016**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number: **000-55576**

# YANGTZE RIVER DEVELOPMENT LIMITED

(Exact name of registrant as specified in its charter)

| **Nevada** | **27-1636887** |
|---|---|
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |

| **183 Broadway, Suite 5** **New York, NY** **United States** | **10007** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(646) 861-3315**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| **None** | **None** |

Securities registered pursuant to Section 12(g) of the Act:

**Common Stock, par value $0.0001 per share**
(Title of class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Accelerated filer | ☒ | Large accelerated filer | ☐ |
|---|---|---|---|

Non-accelerated filer        □ (Do not check if a smaller reporting company)        Smaller reporting company        □

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).  Yes □    No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, as of the last business day of the registrant's most recently completed second fiscal quarter: $409,477,453.

Number of the issuer's common stock outstanding as of March 8, 2017: 172,269,446.

Documents incorporate by reference: None.

Case 1:19-cv-00024-DLI-LB    Document 15-12    Filed 07/17/19    Page 2 of 14 PageID #: 787

Non-accelerated filer        □ (Do not check if a smaller reporting company)        Smaller reporting company        □

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).  Yes □    No ☒

State the aggregate market value of the voting and non-voting common equity held by non-affiliates computed by reference to the price at which the common equity was last sold, as of the last business day of the registrant's most recently completed second fiscal quarter: $409,477,453.

**TABLE OF CONTENTS**

**Part III**

Item 12    Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters    4
Item 13    Certain Relationships and Related Transactions, and Director Independence    6

**Signatures**    10

2

**EXPLANATORY NOTE**

*Yangtze River Development Limited (the "Company") filed its Annual Report on Form 10-K for the fiscal year ended December 31, 2016 (the "Original Form 10-K"), with the U.S. Securities and Exchange Commission (the "SEC") on March 10, 2016. The Company is filing this Amendment No. 1 to the Original Form 10-K (this "Form 10-K/A") solely for the purpose of correcting clerical errors on certain names listed on the beneficial ownership table under Item 12 and amending a clerical error regarding an independent director's name under Item 13 and on the signature page on the Original Form 10-K.*

*Pursuant to Rule 12b-15 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), this Form 10-K/A also contains new certifications pursuant to Sections 302 and 906 of the Sarbanes-Oxley Act of 2002. Accordingly, this Form 10-K/A includes the currently dated certifications as exhibits.*

*No attempt has been made in this Form 10-K/A to modify or update the other disclosures presented in the Original Form 10-K. This Form 10-K/A does not reflect events occurring after the filing of the Original Form 10-K or modify or update the disclosures in the Original Form 10-K, except as set forth in this Form 10-K/A, and should be read in conjunction with the Original Form 10-K and the Company's other filings with the SEC.*

**Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters.**

The following table sets forth certain information regarding our shares of common stock beneficially owned as of March 8, 2017, for (i) each stockholder known to be the beneficial owner of 5% or more of the Company's outstanding shares of common stock, (ii) each named executive officer and director, and (iii) all executive officers and directors as a group. A person is considered to beneficially own any shares: (i) over which such person, directly or indirectly, exercises sole or shared voting or investment power, or (ii) of which such person has the right to acquire beneficial ownership at any time within 60 days through an exercise of stock options or warrants. Unless otherwise indicated, voting and investment power relating to the shares shown in the table for our directors and executive officers is exercised solely by the beneficial owner or shared by the owner and the owner's spouse or children.

Unless otherwise specified, the address of each of the persons set forth below is in care of the Company, at the address of: c/o 183 Broadway, Suite 5, New York, NY 10007

| Name of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percent of Common Stock (1) |
|---|---|---|
| Xiangyao Liu, CEO, *President, Chief Executive Officer, and Chairman of the Board (2)* | 91,240,000 | 52.96% |
| James Stuart Coleman, *Executive Director(3)* | 4,060,000 | 2.36% |
| Xin Zheng, *Chief Financial Officer* | 0 | 0% |
| Yanliang Wu, *Executive Director* | 0 | 0% |
| Yu Zong, *Executive Director* | 0 | 0% |
| Harvey Leibowitz, *Independent Director* | 0 | 0% |
| Zhixue Liu, *Independent Director* | 0 | 0% |
| Tongming Wang, *Independent Director* | 0 | 0% |
| Daniel W. Heffernan, *Independent Director* | 0 | 0% |
| Romano Tio, *Independent Director* (8) | 0 | 0% |
| Adam S. Goldberg, *Independent Director* (8) | 0 | 0% |
| Zhihong Su, *Independent Director* | 0 | 0% |
| Zhanhuai Cheng, *Executive Director* | 0 | 0% |
| All directors and executive officers as a group (13 people) | 95,300,000 | 55.32% |
| 5% Shareholders: | | |
| Jasper Lake Holdings Limited (2) | 91,240,000 | 52.96% |
| Crestlake Holdings Limited (4) | 16,600,000 | 9.64% |
| Fortunate Drift Limited (5) | 16,600,000 | 9.64% |
| Majestic Symbol Limited (6) | 16,600,000 | 9.64% |
| Prolific Lion Limited (7) | 14,575,348 | 8.46% |

(1)  Based on 172,269,446 shares of Common Stock outstanding as of March 8, 2017.

(2)  Mr. Liu has investing and dispositive power of shares beneficially owned by Jasper Lake Holdings Limited.

(3)  Mr. Coleman owns all of the membership interest of Best Future Investment LLC., which owns 4,060,000 shares of the Company's common stock. Mr. Coleman may be deemed to be the beneficial owner of the shares of our common stock held by Best Future Investment LLC.

(4)  Yanliang Hu has investing and dispositive power of shares beneficially owned by Crestlake Holdings Limited.

(5)  Linyu Cheng has investing and dispositive power of shares beneficially owned by Fortunate Drift Limited.

(6)  Long Zhao has investing and dispositive power of shares beneficially owned by Majestic Symbol Limited.

(7)  Zhimin Chen has sole voting and dispositive power of shares beneficially owned by Prolific Lion Limited. Additionally, Mr. Chen has sole voting and dispositive power of 1,746,000 shares beneficially owned by Valiant Power Limited.

(8)  Adam Goldberg replaced Romano Tio as member of the Board in February 2017.

**Authorized Capital Stock**

Our authorized share capital consists of 500,000,000 shares of common stock, par value $0.0001 per share, and 100,000,000 shares of preferred stock, par value $0.0001 per share. As of March 8, 2017, 172,269,446 shares of our common stock and no shares of our preferred stock were outstanding.

**Common Stock**

Each share of our common stock entitles its holder to one vote in the election of each director and on all other matters voted on generally by our stockholders, other than any matter that (1) solely relates to the terms of any outstanding series of preferred stock or the number of shares of that series and (2) does not affect the number of authorized shares of preferred stock or the powers, privileges and rights pertaining to the common stock. No share of our common stock affords any cumulative voting rights. This means that the holders of a majority of the voting power of the shares voting for the election of directors can elect all directors to be elected if they choose to do so.

Holders of our common stock will be entitled to dividends in such amounts and at such times as our Board of Directors in its discretion may declare out of funds legally available for the payment of dividends. We currently intend to retain our entire available discretionary cash flow to finance the growth, development and expansion of our business and do not anticipate paying any cash dividends on the common stock in the foreseeable future. Any future dividends will be paid at the discretion of our Board of Directors after taking into account various factors, including:

- general business conditions;
- industry practice;
- our financial condition and performance;
- our future prospects;
- our cash needs and capital investment plans;
- our obligations to holders of any preferred stock we may issue;
- income tax consequences; and
- the restrictions Nevada and other applicable laws and our credit arrangements then impose.

If we liquidate or dissolve our business, the holders of our common stock will share ratably in all our assets that are available for distribution to our stockholders after our creditors are paid in full and the holders of all series of our outstanding preferred stock, if any, receive their liquidation preferences in full.

Our common stock has no preemptive rights and is not convertible or redeemable or entitled to the benefits of any sinking or repurchase fund.

**Preferred Stock**

At the direction of our Board of Directors, without any action by the holders of our common stock, we may issue one or more series of preferred stock from time to time. Our Board of Directors can determine the number of shares of each series of preferred stock, the designation, powers, preferences and relative, participating, optional or other special rights, and the qualifications, limitations or restrictions applicable to any of those rights, including dividend rights, voting rights, conversion or exchange rights, terms of redemption and liquidation preferences, of each series.

Undesignated preferred stock may enable our Board of Directors to render more difficult or to discourage an attempt to obtain control of our company by means of a tender offer, proxy contest, merger or otherwise, and thereby to protect the continuity of our management. The issuance of shares of preferred stock may adversely affect the rights of our common stockholders. For example, any preferred stock issued may rank prior to the common stock as to dividend rights, liquidation preference or both, may have full or limited voting rights and may be convertible into shares of common stock. As a result, the issuance of shares of preferred stock, or the issuance of rights to purchase shares of preferred stock, may discourage an unsolicited acquisition proposal or bids for our common stock or may otherwise adversely affect the market price of our common stock or any existing preferred stock.

**Warrants**

There are no outstanding warrants.

**Transfer Agent and Registrar**

The Transfer Agent for our common stock is VStock Transfer, LLC located at 18 Lafayette Pl, Woodmere, NY 11598. The telephone number is: (212) 828-8436.

5

**Item 13. Certain Relationships and Related Transactions, and Director Independence.**

**Transactions with Related Persons**

<u>Loans from a Related Party</u>

On July 13, 2015, Wuhan Renhe Group Co., Ltd ("Wuhan Renhe"), where Xiangyao Liu, our CEO and President, was a majority shareholder, transferred all of its interests in Wuhan Newport to Ricofeliz. As a former shareholder of Wuhan Newport, Wuhan Renhe provided numerous loans to Wuhan Newport prior to the transfer. On June 30, 2015, Wuhan Renhe forgave a total amount of $285,413,074 with the Company. The Company has credited the amount of $285,413,074 to additional paid-in capital in equity. As of December 31, 2016 and December 31, 2015, the amounts due to Wuhan Renhe Real Estate Co., Ltd, an entity controlled by Geng Wang, who is an affiliate of Wuhan Renhe, were $0 and $667,776, respectively.

As of December 31, 2016, and December 31, 2015, the amounts due to Weibin Zhao, an officer of Wuhan Newport and a related party, were $118,130 and $126,516, respectively. The amount is unsecured, interest free and does not have a fixed repayment date.

As of December 31, 2016 and December 31, 2015, the amounts due to Mr. Liu Xiangyao, our President and CEO, were $31,751,959 and $2,428,731, respectively. The amount is unsecured, interest free and does not have a fixed repayment date.

**Director Independence**

Because the Company's Common Stock is not currently listed on a national securities exchange, the Company has used the definition of "independence" of The NASDAQ Stock Market to make this determination. NASDAQ Listing Rule 5605(a)(2) provides that an "independent director" is a person other than an officer or employee of the company or any other individual having a relationship which, in the opinion of the company's board of directors, would interfere with the exercise of independent judgment in carrying out the responsibilities of a director. The NASDAQ listing rules provide that a director cannot be considered independent if:

- the director is, or at any time during the past three years was, an employee of the company;

- the director or a family member of the director accepted any compensation from the company in excess of $120,000 during any period of 12 consecutive months within the three years preceding the independence determination (subject to certain exclusions, including, among other things, compensation for board or board committee service);

- a family member of the director is, or at any time during the past three years was, an executive officer of the company;

- the director or a family member of the director is a partner in, controlling stockholder of, or an executive officer of an entity to which the company made, or from which the company received, payments in the current or any of the past three fiscal years that exceed 5% of the recipient's consolidated gross revenue for that year or $200,000, whichever is greater (subject to certain exclusions);

- the director or a family member of the director is employed as an executive officer of an entity where, at any time during the past three years, any of the executive officers of the company served on the compensation committee of such other entity; or

- the director or a family member of the director is a current partner of the company's outside auditor, or at any time during the past three years was a partner or employee of the company's outside auditor, and who worked on the company's audit.

Based on this review, Harvey Leibowitz, Zhixue Liu, Tongming Wang, Adam Goldberg, Daniel Heffernan and Zhihong Su are "independent" directors. In addition, and by definition, the Board has determined that all members of each of the audit and compensation committees are independent.

The Board has determined that Mr. Harvey Leibowitz qualifies as an "audit committee financial expert," as that term is defined in applicable regulations of the SEC.

As of March 8, 2017, our Board is composed of eleven members, of which six directors are independent directors. The six independent directors are Harvey Leibowitz, Zhixue Liu, Tongming Wang, Adam Goldberg, Daniel Heffernan and Zhihong Su. In addition, as indicated above, each of our audit and compensation committees is composed entirely of independent directors, including the chairperson of the audit committee and compensation committees.

7

**PART IV**

**Item 15. Exhibits, Financial Statement Schedules.**

(a) The following documents are filed as part of this report:

(1)    Financial Statements:

The audited balance sheet of the Company as of December 31, 2016 and December 31, 2015, the related condensed statements of operations, changes in stockholders' deficiency and cash flows for the years then ended, the footnotes thereto, and the report of Dominic KF Chan & Co., independent auditors, are filed herewith.

(2)    Financial Schedules:

None

Financial statement schedules have been omitted because they are either not applicable or the required information is included in the financial statements or notes hereto.

(3)    Exhibits:

The exhibits listed in the accompanying index to exhibits are filed or incorporated by reference as part of this Report.

(b) The following are exhibits to this Report and, if incorporated by reference, we have indicated the document previously filed with the SEC in which the exhibit was included.

Certain of the agreements filed as exhibits to this Report contain representations and warranties by the parties to the agreements that have been made solely for the benefit of the parties to the agreement. These representations and warranties:

- may have been qualified by disclosures that were made to the other parties in connection with the negotiation of the agreements, which disclosures are not necessarily reflected in the agreements;

- may apply standards of materiality that differ from those of a reasonable investor; and

- were made only as of specified dates contained in the agreements and are subject to subsequent developments and changed circumstances.

Accordingly, these representations and warranties may not describe the actual state of affairs as of the date that these representations and warranties were made or at any other time. Investors should not rely on them as statements of fact.

8

| Exhibit Number | Description |
| --- | --- |
| 31.1 | Certification of Principal Executive Officer, pursuant to 18 U.S.C. Section 1350 as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Principal Financial Officer, pursuant to 18 U.S.C. Section 1350 as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1+ | Certification of Principal Executive Officer and Principal Financial Officer, pursuant to 18 U.S.C. Section 1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2+ | Certification of Principal Financial Officer, pursuant to 18 U.S.C. Section 1350 as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

+ In accordance with SEC Release 33-8238, Exhibit 32.1 and 32.2 are being furnished and not filed.

9

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**YANGTZE RIVER DEVELOPMENT LIMITED**

By:    */s/ Xiangyao Liu*
      Xiangyao Liu
      President and Chief Executive Officer
      (Principal Executive Officer)

Date:  March 10, 2017

By:    */s/ Xin Zheng*
      Xin Zheng
      Chief Financial Officer
      (Principal Financial and Accounting Officer)

Date:  March 10, 2017

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
| --- | --- | --- |
| */s/ Xiangyao Liu*<br>Xiangyao Liu | President, Chief Executive Officer and Director<br>(Principal Executive Officer)<br>Chief Financial Officer | March 10, 2017 |
| */s/ Xin Zheng*<br>Xin Zheng | (Principal Financial and Accounting Officer) | March 10, 2017 |
| */s/ James Stuart Coleman*<br>James Stuart Coleman | Director | March 10, 2017 |
| */s/ Zhanhuai Cheng*<br>Zhanhuai Cheng | Director | March 10, 2017 |
| */s/ Yanliang Wu*<br>Yanliang Wu | Director | March 10, 2017 |
| */s/ Yu Zong*<br>Yu Zong | Director | March 10, 2017 |
| */s/ Harvey Leibowitz*<br>Harvey Leibowitz | Independent Director | March 10, 2017 |
| */s/ Zhixue Liu*<br>Zhixue Liu | Independent Director | March 10, 2017 |
| */s/Tongming Wang*<br>Tongming Wang | Independent Director | March 10, 2017 |
| */s/ Adam Goldberg*<br>Adam Goldberg | Independent Director | March 10, 2017 |

| | | |
|---|---|---|
| */s/ Daniel W. Heffernan*<br>Daniel W. Heffernan | Independent Director | March 10, 2017 |
| */s/ Zhihong Su*<br>Zhihong Su | Independent Director | March 10, 2017 |

10