**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MICHAEL BEHRENDSEN, Individually, and
on behalf of all others similarly situated,

           **Case No.: 1-19-cv-00024-DLI-LB**


      Plaintiff,

   v.

YANGTZE RIVER PORT AND LOGISTICS
LIMITED, XIANGYAO LIU, XIN ZHENG,
and TSZ-KIT CHAN,

          **CERTIFICATION OF**
          **SERVICE**


      Defendants.

----------------------------------------------------------X

STATE OF NEW YORK    )
                    ) :ss
KINGS COUNTY        )

JONATHAN URETSKY, being duly sworn, deposes and says:

1.     I am counsel to Defendants in this litigation.  As such, I am fully familiar with the facts and circumstances of this matter.

2.     On December 18, 2021, I served the Court's Order to Show Cause (ECF#30) on Defendants via email.  A true and correct copy of this email is attached as Exhibit 1.

3.     I certify that the foregoing is true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

December 18, 2021

Brooklyn, New York

_____
Jonathan Uretsky